Seung L. Yang (SBN 249857)
E-mail: seung.yang@thesentinelfirm.com
Tiffany Hyun (SBN 311743)
E-mail: tiffany.hyun@thesentinelfirm.com
Christine J. Noh (SBN 355592)
E-mail: christine.noh@thesentinelfirm.com
**THE SENTINEL FIRM, APC**
707 Wilshire Blvd., #4700
Los Angeles, California 90017
Telephone: (213) 985-1150
Facsimile: (213) 985-2155

*Attorneys for Plaintiffs*
*MONYEA G WHITE and REGINALD T WILLIAMS*

Joan B. Tucker Fife (SBN: 144572)
joan.fife@winstontaylor.com
**WINSTON TAYLOR LLP**
101 California Street, 35st Floor
San Francisco, CA 94111-5840
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Tristan Kirk (SBN: 313262)
tristan.kirk@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

*Attorneys for Defendants TRANSITAMERICA SERVICES, INC. and*
*HERZOG RAILROAD SERVICES, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONYEA G WHITE, individually, and on behalf of all others similarly situated, REGINALD T WILLIAMS, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANSITAMERICA SERVICES, INC., a Missouri corporation; HERZOG RAILROAD SERVICES, INC., a Missouri corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 5:26-cv-01726-SVK <br><br> (Removed from Santa Clara County Superior Court, Case No. 25CV483200) <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> [*Assigned to the Honorable Susan van Keulen, Courtroom 19, for all purposes.*] <br><br> Removed: February 27, 2026 |

1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Monyea G White and Reginald T Williams ("Plaintiffs") and Defendants TransitAmerica Services, Inc., and Herzog Railroad Services, Inc. ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby respectfully request a continuance of the Case Management Conference currently scheduled for 9:30 a.m. on June 9, 2026.

The parties have agreed to discuss the impact of another class action settlement on this case, whether the parties can resolve this case on an individual basis, and the possibility of remand to state court.

The parties therefore STIPULATE and/or jointly request—subject to approval of the Court—that the Case Management Conference be continued to 30 days after initially scheduled, i.e., July 9, 2026, or another date convenient for the Court.

Dated:  June 3, 2026                                **WINSTON TAYLOR LLP**

By _____*Joan Fife*_____
Joan B. Tucker Fife
Tristan Kirk
Attorneys for Defendants TransitAmerica
Services, Inc. and Herzog Railroad Services, Inc.

Dated: June 3, 2026                                **THE SENTINEL FIRM, APC**

By _____*Christine Noh*_____
Christine J. Noh
Seung L. Yang
Tiffany Hyun
Attorneys for Plaintiffs Monyea G White and
Reginald T Williams

2

**[PROPOSED] <u>ORDER</u>**

Having considered the parties' joint stipulation, and good cause appearing, it is HEREBY

ORDERED that the Case Management Conference be continued to <u>  July 7  </u>,

2026 at 9:30 a.m. <s>in Courtroom 19 of this Court</s>. A Joint Case Management Statement is due

June 30, 2026. Defendants shall file a consent or declination to proceed before a magistrate judge by

June 30, 2026. Note that any party is free to withhold consent to proceed before a magistrate judge

**IT IS SO ORDERED**. without substantive consequences.

Dated: <u> June 3, 2026 </u>

                                        Hon. Susan van Keulen
                                        Magistrate Judge for the District Court

2

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
